UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 4:20-cv-01036 JCH |
| v. | ) ) ) |
| FITZGERALD CONSTRUCTION, INC., | ) ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE DEFAULT MOTION

Come now plaintiffs, through counsel, and request an extension of time, through and including October 30, 2020, in which to file a default motion or a dismissal. In support of this request, plaintiffs state that they are attempting to resolve this matter with defendant.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


            /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2020, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: Fitzgerald Construction, Inc., 12416 Bielefeld Lane, St. Louis, MO 63116.

                                                              /s/ Greg A. Campbell